E. I. DU PONT DE NEMOURS & COMPANY, Appellant, *v.* J. I. HASS Co., INC., Respondent, et al., Defendants.

Argued December 4, 1951; decided January 17, 1952.

*Harold R. Medina, Jr.,* and *Albert Rosenblum* for appellant. *Milton M. Leichter* and *Julius Wolfson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.